So Ordered.

_____

Signed this 10 day of June, 2014.    Margaret Cangilos-Ruiz
United States Bankruptcy Judge

NORTHERN DISTRICT OF NEW YORK
UNITED STATES BANKRUPTCY COURT       CHAPTER 13 PROCEEDING
**IN RE: CLARENCE D BARTHOLOMEW**
**LAURA A BARTHOLOMEW**

**ORDER TO VACATE PAYROLL**
**DEDUCTION ORDER**
_____       **Case No. 10-33082**
**Employee: LAURA A BARTHOLOMEW**
**S.S.# ###-##-4530**

It appearing that no further payroll deductions should be taken from the above named debtor(s) wages due to the following reason:

   **XX**    All payments are completed under the Plan

_____ Petition has been converted to a Chapter 7

_____ Petition has been dismissed

_____ Debtor to make direct payments to the Trustee

_____ No longer employed

_____ Other: _____

**ORDERED,** that the Payroll Deduction Order, to Employer:

**CORNELL UNIVERSITY**
**377 PINE TREE RD**
**ITHACA, NY 14850-2820**

dated _____**8/15/11**_____ is hereby vacated, and it is further,

**ORDERED,** that the employer shall refund to the above named debtor, at the address stated below, any monies which may be on hand as a result of such payroll deductions as of the date of this Order.

**LAURA A BARTHOLOMEW
462 MICHIGAN HILL ROAD
RICHFORD, NY 13835**

###